IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                  CASE NO. 1:88-cr-01026-MP-AK

DANIEL WRIGHT,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 3446, Report and Recommendation as to Daniel Wright, recommending that his motion to vacate be denied. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that Mr. Wright has offered no evidence supporting his claim of attorney conflict based on Attorney Steven Scheck having represented the United States Attorney's sister previously. Also, the Court agrees that defendant has not shown any improper conduct by the prosecuting attorney with regard to whether the prosecutor had a duty to inform Mr. Wright of the <u>Apprendi</u> decision. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *29th*   day of September, 2006

                         *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge